THIS CHECK IS VOID WITHOUT A BLUE AND BURGUNDY BACKGROUND PRINTED ON PAPER WHICH CONTAINS A WATERMARK.

**First Community** credit union

St. Louis, Missouri

**CASHIER'S CHECK**

80-8187
2810

Check Number    0022036

12/20/19

$1,168.50

PAY

ONE THOUSAND ONE HUNDRED SIXTY-EIGHT AND 50/100 DOLLARS

TO THE
ORDER
OF

DIANA DAUGHTERY
RE: AMANDA KAY TOBBEN

AUTHORIZED SIGNATURE

SIGNATURE AREA HAS A DISAPPEARING BORDER · CHECK BORDER CONTAINS MICROPRINTING

⑈0022036⑈ ⑆281081877⑆ 85000⑈