UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ANTHONY V. TOBBEN, and | ) | Case No. 19-46764-659 |
| AMANDA K. TOBBEN, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## ORDER AND NOTICE

### TO: ALL CREDITORS AND PARTIES IN INTEREST

On December 12, 2019, this Court entered an Order dismissing this Chapter 13 case for the Debtors' failure to make plan payments. On December 25, 2019, Debtors filed a Motion to Reinstate. On December 27, 2019, the Trustee filed Trustee's Response to Debtors' Motion to Reinstate Case and Set Aside Dismissal indicating that the Trustee consents to the Motion. Upon consideration and review of the record in this case,

**IT IS ORDERED THAT** the Debtors' Motion to Reinstate is **GRANTED**, in that this Court's Order of December 12, 2019, is set aside in its entirety, and this case and the stays of 11 U.S.C. Section 362 are hereby reinstated and any reinstatement fees waived; and

**IT IS FURTHER ORDERED THAT** all applications filed under Section 503(b) and approved after the date of dismissal of this case and before the date of this Order, are hereby set aside, provided the Trustee has not previously paid such claims; and

**IT IS FURTHER ORDERED THAT** any previous Order to the Debtors' employer(s) to deduct certain amounts from wages and pay over to the Trustee is reinstated; and

**IT IS FURTHER ORDERED THAT** in the event the section 341 meeting of creditors has not been concluded or continued to a date certain that is at least 10 days after the entry of this Order, a new meeting of creditors will be scheduled and the Clerk of Court will send notice of such date to all parties on the matrix; and

**IT IS FURTHER ORDERED THAT** the Chapter 13 Confirmation Hearing is reset on **February 27, 2020 at 11:00 a.m.** in Bankruptcy Courtroom Seven North, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, 7th Floor, St. Louis, Missouri.

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: January 3, 2020
St. Louis, Missouri