# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 19-46764-659 |
| ANTHONY V TOBBEN ) | Chapter 13 |
| AMANDA K TOBBEN ) | |
| ) | Re: Objection to Claim 24 filed by |
| ) | MO DEPT OF REVENUE |
| ) | Acct: XXXXXXXXXXXXX0382 |
| ) | |
| **Debtors** ) | |
| ) | |

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC
6 OBJ: 09/21/2020

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

## ORDER

Upon Trustee's objection to claim number 24 filed by MO DEPT OF REVENUE, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered not paid by the Trustee. An amended claim may be filed.

**DATED: October 16, 2020**
**St. Louis, Missouri**

*Kathy A. Surratt-States*
**KATHY A. SURRATT-STATES**
**Chief U.S. Bankruptcy Judge**

Copy mailed to:

ANTHONY V TOBBEN
AMANDA K TOBBEN
101 CHESHIRE LN
UNION, MO  63084

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

ANGELA REDDEN-JANSEN
3350 GREENWOOD BLVD
C/O O'GORMAN & SANDRONI PC
MAPLEWOOD, MO  63143

MO DEPT OF REVENUE
PO BOX 475
BANKRUPTCY SECTION
JEFFERSON CITY, MO  65105-0475